```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-03232-RNO
Paul Joseph Materniak                                               Chapter 13
Lisa Marie Materniak
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: PRadginsk          Page 1 of 2          Date Rcvd: Sep 10, 2019
                              Form ID: ntnew341        Total Noticed: 54
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2019.
```
db/jdb         Paul Joseph Materniak,   Lisa Marie Materniak,    81 S Dawes Ave,    Kingston, PA  18704-5709
5228343        Consolidated Pathology Inc,   PO Box 5309,    Carol Stream, IL  60197-5309
5228346        ENT Surgical Group PC,    423 3rd Ave Ste C,    Kingston, PA  18704-5809
5228345        Elite Imaging LLC,    PO Box 827275,    Philadelphia, PA  19182-7275
5228348       +Gesinger,   PO Box 983148,    Boston, MA 02298-3148
5228349        Goodyear Tire/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
5228350        Honesdale National Ban,    PO Box 61047,    Harrisburg, PA  17106-1047
5228351       +Intermountain Medical Grou,    610 Wyoming Ave,    Kingston, PA  18704-3787
5228352        Intermountain Medical Group,    270 Pierce St Ste 201,    Kingston, PA  18704-5141
5228354        Joanne Chevelle,    127 2nd Ave,    Kingston, PA  18704-5719
5228341        Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA  18701-1708
5228355        Mariner Finance,    8211 Town Center Dr,    Nottingham, MD  21236-5904
5228340        Materniak Lisa Marie,    81 S Dawes Ave,    Kingston, PA  18704-5709
5228339        Materniak Paul Joseph,    81 S Dawes Ave,    Kingston, PA  18704-5709
5228356        MedExpress Billing,    PO Box 14000,    Belfast, ME  04915-4033
5228357       +Medical Data Systems I,    645 Walnut St,    Gadsden, AL 35901-4173
5228358        Medical Revenue Service,    646 Walnut St Ste 5,    Gadsden, AL  35901-4137
5228360        NCB Management Services Inc,    PO Box 1099,    Langhorne, PA  19047-6099
5228361        NCB Management Services Inc,    1 Allied Dr,    Trevose, PA  19053-6945
5228359        National Bond Collection,    PO Box 1381,    Wilkes Barre, PA  18703-1381
5228363        Orthopaedic Consultants,    390 Pierce St,    Kingston, PA  18704-5532
5228364        PA Dept of Revenue,    1 Revenue Pl,    Harrisburg, PA  17129-0001
5228365        PASI,   PO Box 188,    Brentwood, TN  37024-0188
5228366       +Pennsylvania Physician Services, LLC,    444 Highway 96 E,    Saint Paul, MN 55127-2557
5228367        Pennsylvania Physician Services, LLC,    PO Box 19000,    Belfast, ME  04915-4085
5228368        Pramthesh K. Desai MD,    545 N River St Ste 40,    Wilkes Barre, PA  18702-2647
5228369        Radiology Associated of Wyoming,    PO Box 197,    State College, PA  16804-0197
5228370        Radiology Associates of Wyoming,    PO Box 197,    State College, PA  16804-0197
5228371        Scranton Neurological Associates PC,    802 Jefferson Ave,    Scranton, PA  18510-1038
5228372        Select Portfolio Svcin,    10401 Deerwood Park Blvd,    Jacksonville, FL  32256-5007
5228376        Thd/Cbna,   PO Box 6497,    Sioux Falls, SD  57117-6497
5228377        Transworld Systems, Inc.,    300 Cedar Ridge Dr Ste 307,    Pittsburgh, PA  15205-1159
5232077        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                MADISON, WI 53708-8973
5228379        US Dept of Ed/Glelsi,    2401 International Ln,    Madison, WI  53704-3121
5228380        Wilkes Barre General Hospital,    PO Box 637907,    Cincinnati, OH  45263-7907
5228382        Wilkes-Barre Clinic Company LLC,    Attn # 9627E,    PO Box 14000,    Belfast, ME  04915-4033
5228383        Wilkes-Barre General Hospita,    PO Box 637907,    Cincinnati, OH  45263-7907
5228384        Wilkes-Barre General Hospital,    575 N River St,    Wilkes Barre, PA  18764-0999
5228385        Wilkes-Barre Imaging LLC,    PO Box 827275,    Philadelphia, PA  19182-7275
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2019 18:51:26
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5241766        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2019 18:51:11
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
5228342        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2019 18:51:25
                Capital One Bank USA N,    PO Box 30281,    Salt Lake City, UT  84130-0281
5228344        E-mail/Text: bdsupport@creditmanagementcompany.com Sep 10 2019 18:54:27
                Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA  15205-3956
5228347        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Sep 10 2019 18:53:43
                Gateway One Lending &,    3818 E Coronado St,    Anaheim, CA  92807-1620
5237417        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Sep 10 2019 18:53:43
                Gateway One Lending & Finance, LLC,    175 N Riverview Drive,    Anaheim, CA 92808
5228353        E-mail/Text: cio.bncmail@irs.gov Sep 10 2019 18:54:17     Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA  19101-7346
5242580        E-mail/PDF: cbp@onemainfinancial.com Sep 10 2019 19:02:26     ONEMAIN,    PO BOX 3251,
                EVANSVILLE, IN. 47731-3251
5228362        E-mail/PDF: cbp@onemainfinancial.com Sep 10 2019 19:02:26     Onemain,    PO Box 1010,
                Evansville, IN  47706-1010
5228373        E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 18:51:11     Syncb/Care Credit,    C/o,
                PO Box 965036,    Orlando, FL  32896-5036
5228375        E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 18:51:26     Syncb/Park West Galler,    C/o,
                PO Box 965036,    Orlando, FL  32896-5036
5228374        E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 18:51:26     Syncb/lowes,    PO Box 956005,
                Orlando, FL  32801
5229212       +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2019 18:51:25     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5228378        E-mail/Text: bkrcy@ugi.com Sep 10 2019 18:54:29     UGI,    PO Box 13009,
                Reading, PA  19612-3009
5232933        E-mail/Text: bkrcy@ugi.com Sep 10 2019 18:54:29     UGI Utilities, Inc.,    P.O. Box 13009,
                Reading, PA 19612
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                           TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5228381*        +Wilkes Barre General Hospital,    PO Box 637907,    Cincinnati, OH 45263-7907
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
               ET AL... bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 2 Lisa Marie Materniak MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano     on behalf of Debtor 1 Paul Joseph Materniak MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Paul Joseph Materniak,<br>aka Paul J. Materniak, aka Paul Materniak, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19−bk−03232−RNO |
| Lisa Marie Materniak,<br>aka Lisa M. Materniak, aka Lisa Materniak, | | |
| **Debtor 2** | | |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Best Western Genetti's, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: October 28, 2019<br><br>Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRadginsk, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 10, 2019 |

ntnew341 (04/18)