```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                   Case No. 19-03232-RNO
Paul Joseph Materniak                                    Chapter 13
Lisa Marie Materniak
        Debtors                 **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: PRadginsk      Page 1 of 2        Date Rcvd: Oct 30, 2019
                              Form ID: ntcnfhrg    Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
```
db/jdb          Paul Joseph Materniak,   Lisa Marie Materniak,   81 S Dawes Ave,   Kingston, PA  18704-5709
5253238         Citibank, N.A.,   5800 S Corporate Pl,   Sioux Falls, SD  57108-5027
5228343         Consolidated Pathology Inc,   PO Box 5309,   Carol Stream, IL  60197-5309
5228346         ENT Surgical Group PC,   423 3rd Ave Ste C,   Kingston, PA  18704-5809
5228345         Elite Imaging LLC,   PO Box 827275,   Philadelphia, PA  19182-7275
5228348        +Gesinger,   PO Box 983148,   Boston, MA 02298-3148
5228349         Goodyear Tire/Cbna,   PO Box 6497,   Sioux Falls, SD  57117-6497
5228350         Honesdale National Ban,   PO Box 61047,   Harrisburg, PA  17106-1047
5228351        +Intermountain Medical Grou,   610 Wyoming Ave,   Kingston, PA 18704-3787
5228352         Intermountain Medical Group,   270 Pierce St Ste 201,   Kingston, PA  18704-5141
5228354         Joanne Chevelle,   127 2nd Ave,   Kingston, PA  18704-5719
5228341         Law Offices of Jason P Provinzano LLC,   16 W Northampton St,   Wilkes Barre, PA  18701-1708
5228355         Mariner Finance,   8211 Town Center Dr,   Nottingham, MD  21236-5904
5228340         Materniak Lisa Marie,   81 S Dawes Ave,   Kingston, PA  18704-5709
5228339         Materniak Paul Joseph,   81 S Dawes Ave,   Kingston, PA  18704-5709
5228356         MedExpress Billing,   PO Box 14000,   Belfast, ME  04915-4033
5228357        +Medical Data Systems I,   645 Walnut St,   Gadsden, AL 35901-4173
5228358         Medical Revenue Service,   646 Walnut St Ste 5,   Gadsden, AL  35901-4137
5228360         NCB Management Services Inc,   PO Box 1099,   Langhorne, PA  19047-6099
5228361         NCB Management Services Inc,   1 Allied Dr,   Trevose, PA  19053-6945
5228359         National Bond Collection,   PO Box 1381,   Wilkes Barre, PA  18703-1381
5228363         Orthopaedic Consultants,   390 Pierce St,   Kingston, PA  18704-5532
5228364         PA Dept of Revenue,   1 Revenue Pl,   Harrisburg, PA  17129-0001
5228365         PASI,   PO Box 188,   Brentwood, TN  37024-0188
5228367         Pennsylvania Physician Services, LLC,   PO Box 19000,   Belfast, ME  04915-4085
5228366        +Pennsylvania Physician Services, LLC,   444 Highway 96 E,   Saint Paul, MN 55127-2557
5228368         Pramthesh K. Desai MD,   545 N River St Ste 40,   Wilkes Barre, PA  18702-2647
5249047        +REGENCY FINANCE COMPANY,   8211 TOWN CENTER DRIVE,   NOTTINGHAM, MD 21236-5904
5228369         Radiology Associated of Wyoming,   PO Box 197,   State College, PA  16804-0197
5228370         Radiology Associates of Wyoming,   PO Box 197,   State College, PA  16804-0197
5228371         Scranton Neurological Associates PC,   802 Jefferson Ave,   Scranton, PA  18510-1038
5228372         Select Portfolio Svcin,   10401 Deerwood Park Blvd,   Jacksonville, FL  32256-5007
5228376         Thd/Cbna,   PO Box 6497,   Sioux Falls, SD  57117-6497
5228377         Transworld Systems, Inc.,   300 Cedar Ridge Dr Ste 307,   Pittsburgh, PA  15205-1159
5232077         UNITED STATES DEPARTMENT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,
                 MADISON, WI 53708-8973
5228379         US Dept of Ed/Glelsi,   2401 International Ln,   Madison, WI  53704-3121
5228380         Wilkes Barre General Hospital,   PO Box 637907,   Cincinnati, OH  45263-7907
5228382         Wilkes-Barre Clinic Company LLC,   Attn # 9627E,   PO Box 14000,   Belfast, ME  04915-4033
5228383         Wilkes-Barre General Hospita,   PO Box 637907,   Cincinnati, OH  45263-7907
5228384         Wilkes-Barre General Hospital,   575 N River St,   Wilkes Barre, PA  18764-0999
5228385         Wilkes-Barre Imaging LLC,   PO Box 827275,   Philadelphia, PA  19182-7275
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2019 19:51:19
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5241766         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 30 2019 19:38:48
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
5228342         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 30 2019 19:40:38
                 Capital One Bank USA N,   PO Box 30281,   Salt Lake City, UT  84130-0281
5228344         E-mail/Text: bdsupport@creditmanagementcompany.com Oct 30 2019 19:37:11
                 Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA  15205-3956
5228347         E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Oct 30 2019 19:36:03
                 Gateway One Lending &,   3818 E Coronado St,   Anaheim, CA  92807-1620
5237417         E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Oct 30 2019 19:36:03
                 Gateway One Lending & Finance, LLC,   175 N Riverview Drive,   Anaheim, CA 92808
5228353         E-mail/Text: cio.bncmail@irs.gov Oct 30 2019 19:36:39    Internal Revenue Service,
                 Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA  19101-7346
5255892         E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 30 2019 19:37:08    Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
5242580         E-mail/PDF: cbp@onemainfinancial.com Oct 30 2019 19:39:35    ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
5228362         E-mail/PDF: cbp@onemainfinancial.com Oct 30 2019 19:39:35    Onemain,   PO Box 1010,
                 Evansville, IN  47706-1010
5256031         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2019 19:51:10
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
5228373         E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2019 19:40:29    Syncb/Care Credit,   C/o,
                 PO Box 965036,   Orlando, FL  32896-5036
5228375         E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2019 19:40:29    Syncb/Park West Galler,   C/o,
                 PO Box 965036,   Orlando, FL  32896-5036
5228374         E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2019 19:40:29    Syncb/lowes,   PO Box 956005,
                 Orlando, FL  32801
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5229212         +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2019 19:40:29      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5256109          E-mail/Text: jennifer.chacon@spservicing.com Oct 30 2019 19:37:29
                  U.S. Bank National Association, et al,   c/o Select Portfolio Servicing, Inc.,
                  P.O. Box 65250,   Salt Lake City, UT 84165-0250
5228378          E-mail/Text: bkrcy@ugi.com Oct 30 2019 19:37:19      UGI,   PO Box 13009,
                  Reading, PA  19612-3009
5232933          E-mail/Text: bkrcy@ugi.com Oct 30 2019 19:37:19      UGI Utilities, Inc.,   P.O. Box 13009,
                  Reading, PA 19612
                                                                                   TOTAL: 18


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5228381*        +Wilkes Barre General Hospital,   PO Box 637907,   Cincinnati, OH 45263-7907
                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt   on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
               ET AL... bkgroup@kmllawgroup.com
              Jason Paul Provinzano   on behalf of Debtor 2 Lisa Marie Materniak MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano   on behalf of Debtor 1 Paul Joseph Materniak MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Paul Joseph Materniak,<br>aka Paul J. Materniak, aka Paul Materniak, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19–bk–03232–RNO |
| Lisa Marie Materniak,<br>aka Lisa M. Materniak, aka Lisa Materniak, | | |
| **Debtor 2** | | |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **December 13, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: December 20, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRadginsk, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 30, 2019 |

ntcnfhrg (03/18)