```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-03232-RNO
Paul Joseph Materniak                                               Chapter 13
Lisa Marie Materniak
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: ToniaWils              Page 1 of 1          Date Rcvd: Dec 06, 2019
                              Form ID: ntcltrdb            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.
5228364        PA Dept of Revenue,     1 Revenue Pl,    Harrisburg, PA  17129-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               ET AL... bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 2 Lisa Marie Materniak MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Debtor 1 Paul Joseph Materniak MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Paul Joseph Materniak,<br>aka Paul J. Materniak, aka Paul Materniak, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19−bk−03232−RNO |
| Lisa Marie Materniak,<br>aka Lisa M. Materniak, aka Lisa Materniak, | | |
| **Debtor 2** | | |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#16) has been filed by the Debtor on behalf of PA Dept of Revenue in the amount of $3600.00.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 6, 2019 |

ntcltrdb 05/18