```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

```
In re:                                          Case No. 19-03232-RNO
Paul Joseph Materniak                           Chapter 13
Lisa Marie Materniak
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: AutoDocke      Page 1 of 1            Date Rcvd: Mar 17, 2020
                            Form ID: orfeedue    Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2020.
            +Santander Consumer USA Inc.,    PO Box 961245,    FOrt Worth, TX 76161-0244
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                      TOTAL: 0
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
           ET AL... bkgroup@kmllawgroup.com
          Jason Paul Provinzano   on behalf of Debtor 2 Lisa Marie Materniak MyLawyer@JPPLaw.com,
           G17727@notify.cincompass.com
          Jason Paul Provinzano   on behalf of Debtor 1 Paul Joseph Materniak MyLawyer@JPPLaw.com,
           G17727@notify.cincompass.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                      TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Paul Joseph Materniak
aka Paul J. Materniak, aka Paul Materniak

Lisa Marie Materniak
aka Lisa M. Materniak, aka Lisa Materniak

**Debtor(s)**

Chapter 13

Case number 5:19–bk–03232–RNO

Document Number: 26

### Order Filing Fee Due

A transfer of claim was filed on **March 16, 2020**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **March 24, 2020**.

Dated: March 17, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

orfeedue(05/18)