```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 19-03232-RNO
Paul Joseph Materniak                                               Chapter 13
Lisa Marie Materniak
         Debtors                     **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: AutoDocke        Page 1 of 1        Date Rcvd: Mar 17, 2020
                            Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5237417        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Mar 17 2020 19:09:40
               Gateway One Lending & Finance, LLC,  175 N Riverview Drive,  Anaheim, CA 92808
                                                                                         TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
               ET AL... bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 2 Lisa Marie Materniak MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Debtor 1 Paul Joseph Materniak MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-03232-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Paul Joseph Materniak<br>81 S Dawes Ave<br>Kingston PA 18704-5709 | Lisa Marie Materniak<br>81 S Dawes Ave<br>Kingston PA 18704-5709 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/16/2020.

Name and Address of Alleged Transferor(s):

Claim No. 4: Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808

Name and Address of Transferee:

SantanderConsumerUSA Inc
successor in interest to Gateway,One
Lending&Finance,LLC(Gateway)
P.O. Box 560284 Dallas, TX 75356
SantanderConsumerUSA Inc
successor in interest to Gateway,One

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/19/20

Terrence S. Miller
**CLERK OF THE COURT**