```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                              Case No. 19-03232-RNO
Paul Joseph Materniak                                               Chapter 13
Lisa Marie Materniak
    Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0314-5       User: AutoDocke        Page 1 of 2        Date Rcvd: May 13, 2020
                           Form ID: pdf010        Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
```
db/jdb         Paul Joseph Materniak,    Lisa Marie Materniak,    81 S Dawes Ave,    Kingston, PA  18704-5709
5253238        Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
5228343        Consolidated Pathology Inc,    PO Box 5309,    Carol Stream, IL  60197-5309
5228346        ENT Surgical Group PC,    423 3rd Ave Ste C,    Kingston, PA  18704-5809
5228345        Elite Imaging LLC,    PO Box 827275,    Philadelphia, PA  19182-7275
5228348       +Gesinger,    PO Box 983148,    Boston, MA 02298-3148
5228349        Goodyear Tire/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
5228350        Honesdale National Ban,    PO Box 61047,    Harrisburg, PA  17106-1047
5228351       +Intermountain Medical Grou,    610 Wyoming Ave,    Kingston, PA 18704-3787
5228352        Intermountain Medical Group,    270 Pierce St Ste 201,    Kingston, PA  18704-5141
5228354        Joanne Chevelle,    127 2nd Ave,    Kingston, PA  18704-5719
5228341        Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA   18701-1708
5228355        Mariner Finance,    8211 Town Center Dr,    Nottingham, MD  21236-5904
5228340        Materniak Lisa Marie,    81 S Dawes Ave,    Kingston, PA  18704-5709
5228339        Materniak Paul Joseph,    81 S Dawes Ave,    Kingston, PA  18704-5709
5228356        MedExpress Billing,    PO Box 14000,    Belfast, ME  04915-4033
5228357       +Medical Data Systems I,    645 Walnut St,    Gadsden, AL 35901-4173
5228358        Medical Revenue Service,    646 Walnut St Ste 5,    Gadsden, AL  35901-4137
5228361        NCB Management Services Inc,    1 Allied Dr,    Trevose, PA  19053-6945
5228360        NCB Management Services Inc,    PO Box 1099,    Langhorne, PA  19047-6099
5228359        National Bond Collection,    PO Box 1381,    Wilkes Barre, PA  18703-1381
5228363        Orthopaedic Consultants,    390 Pierce St,    Kingston, PA  18704-5532
5228364        PA Dept of Revenue,    1 Revenue Pl,    Harrisburg, PA  17129-0001
5228365        PASI,    PO Box 188,    Brentwood, TN  37024-0188
5228366       +Pennsylvania Physician Services, LLC,    444 Highway 96 E,    Saint Paul, MN 55127-2557
5228367        Pennsylvania Physician Services, LLC,    PO Box 19000,    Belfast, ME  04915-4085
5228368        Pramthesh K. Desai MD,    545 N River St Ste 40,    Wilkes Barre, PA  18702-2647
5249047       +REGENCY FINANCE COMPANY,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
5228369        Radiology Associated of Wyoming,    PO Box 197,    State College, PA  16804-0197
5228370        Radiology Associates of Wyoming,    PO Box 197,    State College, PA  16804-0197
5313435        SantanderConsumerUSA Inc,    successor in interest to Gateway,One,
                Lending&Finance,LLC(Gateway),    P.O. Box 560284 Dallas, TX 75356
5313436        SantanderConsumerUSA Inc,    successor in interest to Gateway,One,
                Lending&Finance,LLC(Gateway),    P.O. Box 560284 Dallas, TX 75356,    SantanderConsumerUSA Inc,
                successor in interest to Gateway,One
5228371        Scranton Neurological Associates PC,    802 Jefferson Ave,    Scranton, PA  18510-1038
5228372        Select Portfolio Svcin,    10401 Deerwood Park Blvd,    Jacksonville, FL  32256-5007
5228376        Thd/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
5228377        Transworld Systems, Inc.,    300 Cedar Ridge Dr Ste 307,    Pittsburgh, PA  15205-1159
5232077        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                MADISON, WI 53708-8973
5228379        US Dept of Ed/Glelsi,    2401 International Ln,    Madison, WI  53704-3121
5228380        Wilkes Barre General Hospital,    PO Box 637907,    Cincinnati, OH  45263-7907
5228382        Wilkes-Barre Clinic Company LLC,    Attn # 9627E,    PO Box 14000,    Belfast, ME  04915-4033
5228383        Wilkes-Barre General Hospita,    PO Box 637907,    Cincinnati, OH  45263-7907
5228384        Wilkes-Barre General Hospital,    575 N River St,    Wilkes Barre, PA  18764-0999
5228385        Wilkes-Barre Imaging LLC,    PO Box 827275,    Philadelphia, PA  19182-7275
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2020 19:53:39
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5241766        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 13 2020 19:55:45
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
5228342        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 13 2020 19:53:44
                Capital One Bank USA N,    PO Box 30281,    Salt Lake City, UT  84130-0281
5228344        E-mail/Text: bdsupport@creditmanagementcompany.com May 13 2020 19:51:19
                Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA  15205-3956
5228347        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com May 13 2020 19:49:53
                Gateway One Lending &,    3818 E Coronado St,    Anaheim, CA  92807-1620
5237417        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com May 13 2020 19:49:53
                Gateway One Lending & Finance, LLC,    175 N Riverview Drive,    Anaheim, CA 92808
5228353        E-mail/Text: sbse.cio.bnc.mail@irs.gov May 13 2020 19:50:56     Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA  19101-7346
5255892        E-mail/Text: JCAP_BNC_Notices@jcap.com May 13 2020 19:51:14     Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
5242580        E-mail/PDF: cbp@onemainfinancial.com May 13 2020 19:53:29     ONEMAIN,    PO BOX 3251,
                EVANSVILLE, IN. 47731-3251
5228362        E-mail/PDF: cbp@onemainfinancial.com May 13 2020 19:54:20     Onemain,    PO Box 1010,
                Evansville, IN  47706-1010
5256031        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2020 19:54:35
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
```

```
District/off: 0314-5          User: AutoDocke            Page 2 of 2               Date Rcvd: May 13, 2020
                              Form ID: pdf010            Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
5228373        E-mail/PDF: gecsedi@recoverycorp.com May 13 2020 19:53:33      Syncb/Care Credit,   C/o,
               PO Box 965036,    Orlando, FL  32896-5036
5228375        E-mail/PDF: gecsedi@recoverycorp.com May 13 2020 19:55:29      Syncb/Park West Galler,   C/o,
               PO Box 965036,    Orlando, FL  32896-5036
5228374        E-mail/PDF: gecsedi@recoverycorp.com May 13 2020 19:55:29      Syncb/lowes,   PO Box 956005,
               Orlando, FL  32801
5229212       +E-mail/PDF: gecsedi@recoverycorp.com May 13 2020 19:53:33      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5256109        E-mail/Text: jennifer.chacon@spservicing.com May 13 2020 19:51:35
               U.S. Bank National Association, et al,    c/o Select Portfolio Servicing, Inc.,
               P.O. Box 65250,    Salt Lake City, UT 84165-0250
5228378        E-mail/Text: bkrcy@ugi.com May 13 2020 19:51:25      UGI,   PO Box 13009,
               Reading, PA  19612-3009
5232933        E-mail/Text: bkrcy@ugi.com May 13 2020 19:51:25      UGI Utilities, Inc.,   P.O. Box 13009,
               Reading, PA 19612
                                                                                              TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Santander Consumer USA, Inc., successor in interes
5228381*      +Wilkes Barre General Hospital,   PO Box 637907,   Cincinnati, OH 45263-7907
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
           ET AL... bkgroup@kmllawgroup.com
          Jason Paul Provinzano    on behalf of Debtor 2 Lisa Marie Materniak MyLawyer@JPPLaw.com,
           G17727@notify.cincompass.com
          Jason Paul Provinzano    on behalf of Debtor 1 Paul Joseph Materniak MyLawyer@JPPLaw.com,
           G17727@notify.cincompass.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Paul Joseph Materniak | : | CHAPTER 13 |
| Lisa Marie Materniak | : | |
|     Debtors | : | |
| | : | CASE NO.: 5:19-bk-03232-RNO |
| Paul Joseph Materniak | : | |
| Lisa Marie Materniak | : | |
|     Movants | : | |
|     vs. | : | |
| Charles J. DeHart, III, Esquire | : | |
|     Respondent | : | |

___

## ORDER

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtors' Motion to Temporarily Suspend Trustee Payments, it is hereby ORDERED, ADJUDGED AND DECREED by this Honorable Court that the Debtors' Motion to Temporarily Suspend Trustee Payments is GRANTED and the Debtors are allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months (i.e. April 2020 through June 2020) due to a temporary loss of income and it is further ordered that if the Debtors' employment stabilizes prior to the three (3) month period, Debtors are ordered to commence making monthly payments to the Chapter 13 Trustee.

Dated: May 11, 2020

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Bankruptcy Judge (DG)