Nelnet Servicing LLC

121 S 13TH ST
LINCOLN, NE 68508
888.486.4722

March 31, 2025

UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

IN THE MATTER OF:
Lisa Materniak
CASE No. 19-03232
CLAIM No. 1

Satisfaction of Claim number 1 filed by
Nelnet on behalf of the U.S. Department of Education

To Whom It May Concern:

Claim #1 filed by Nelnet on behalf of the U.S. Department of Education in the amount of $4884.67 on 08/06/2019 is satisfied. The account is now paid in full no further trustee payments are needed.

Thank You,

/s/ Mallory Jacques


U.S. Department of Education C/O Nelnet
121 S 13TH ST
LINCOLN, NE 68508
Mallory.Jacques@nelnetservicing.net