Certificate Number: 17572-PAM-DE-040546196

Bankruptcy Case Number: 19-03232



17572-PAM-DE-040546196

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 25, 2026, at 5:01 o'clock PM PST, Paul J Materniak completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 25, 2026

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor