| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | PAUL JOSEPH MATERNIAK |
| Debtor 2 (Spouse, if filing) | LISA MARIE MATERNIAK |
| United States Bankruptcy Court for the: | MIDDLE District of PA (State) |
| Case number | 19-03232 |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made 12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

## Part 1: Mortgage Information

**Name of claim holder:** SELECT PORTFOLIO SERVICING

**Court claim no.** (if known): 15

**Last 4 digits** of any number you use to identify the debtor's account: 1 1 4 3

**Property address:** 81 S DAWES AVE
Number    Street

KINGSTON,    PA    18704-5709
City    State    ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 2,739.13 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 2,739.13 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 2,739.13 |

# Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

# Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

# Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

✗ /s/Donna Schott, Funds Manager  
Signature

Date 1 / 28 / 2026

**Trustee**  
Jack N Zaharopoulos  
First Name / Middle Name / Last Name

**Address**  
8125 Adams Drive, Suite A  
Number / Street

Hummelstown PA 17036  
City / State / ZIP Code

Contact phone (717) 566 – 6097

Email info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-03232        **PAUL JOSEPH MATERNIAK**

**SELECT PORTFOLIO SERVICING**
MC 240
P.O. BOX 65450
SALT LAKE CITY, UT   841

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: 81 S Dawes Ave - PRE-ARREAR

ARREARS - 81 S DAWES STREET

|  |  |  |
|---|---|---|
| Debt: $2,739.13 | Interest Paid: $0.00 |  |
| Amt Sched: $96,059.00 |  | Accrued Int: $0.00 |
| Amt Due: $0.00 | Paid: $2,739.13 | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | DisbDescrp |  |
| **5200** | **SELECT PORTFOLIO SERVICING** | | | | | | | |
| 520-0 | SELECT PORTFOLIO SERVICING |  | 03/18/2025 | 2046076 | $167.45 | $0.00 | $167.45 | 03/25/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING |  | 02/19/2025 | 2045138 | $575.00 | $0.00 | $575.00 | 02/27/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING |  | 01/15/2025 | 2044183 | $460.00 | $0.00 | $460.00 | 01/24/2025 |
| 520-0 | SELECT PORTFOLIO SERVICING |  | 12/17/2024 | 2043242 | $460.00 | $0.00 | $460.00 | 12/31/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING |  | 11/19/2024 | 2042300 | $345.00 | $0.00 | $345.00 | 11/29/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING |  | 10/23/2024 | 2041338 | $575.00 | $0.00 | $575.00 | 10/31/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING |  | 09/17/2024 | 2040344 | $156.68 | $0.00 | $156.68 | 09/26/2024 |
|  |  |  |  | Sub-totals: | $2,739.13 | $0.00 | $2,739.13 |  |
|  |  |  |  | Grand Total: | $2,739.13 | $0.00 |  |  |