United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-03232-MJC
Paul Joseph Materniak  Chapter 13
Lisa Marie Materniak
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4
Date Rcvd: Jan 26, 2026      Form ID: 3180W      Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Paul Joseph Materniak, Lisa Marie Materniak, 81 S Dawes Ave, Kingston, PA 18704-5709 |
| 5228343 | | Consolidated Pathology Inc, PO Box 5309, Carol Stream, IL 60197-5309 |
| 5228346 | | ENT Surgical Group PC, 423 3rd Ave Ste C, Kingston, PA 18704-5809 |
| 5228345 | | Elite Imaging LLC, PO Box 827275, Philadelphia, PA 19182-7275 |
| 5228348 | | Gesinger, PO Box 983148, Boston, MA 02298 |
| 5228351 | + | Intermountain Medical Grou, 610 Wyoming Ave, Kingston, PA 18704-3787 |
| 5228352 | | Intermountain Medical Group, 270 Pierce St Ste 201, Kingston, PA 18704-5141 |
| 5228354 | | Joanne Chevelle, 127 2nd Ave, Kingston, PA 18704-5719 |
| 5228340 | | Materniak Lisa Marie, 81 S Dawes Ave, Kingston, PA 18704-5709 |
| 5228339 | | Materniak Paul Joseph, 81 S Dawes Ave, Kingston, PA 18704-5709 |
| 5228358 | | Medical Revenue Service, 646 Walnut St Ste 5, Gadsden, AL 35901-4137 |
| 5228359 | | National Bond Collection, PO Box 1381, Wilkes Barre, PA 18703-1381 |
| 5228363 | | Orthopaedic Consultants, 390 Pierce St, Kingston, PA 18704-5532 |
| 5228366 | + | Pennsylvania Physician Services, LLC, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 5228367 | | Pennsylvania Physician Services, LLC, PO Box 19000, Belfast, ME 04915-4085 |
| 5228368 | | Pramthesh K. Desai MD, 545 N River St Ste 40, Wilkes Barre, PA 18702-2647 |
| 5228369 | | Radiology Associated of Wyoming, PO Box 197, State College, PA 16804-0197 |
| 5228370 | | Radiology Associates of Wyoming, PO Box 197, State College, PA 16804-0197 |
| 5313435 | | SantanderConsumerUSA Inc, successor in interest to Gateway,One, Lending&Finance,LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 |
| 5313436 | | SantanderConsumerUSA Inc, successor in interest to Gateway,One, Lending&Finance,LLC(Gateway), P.O. Box 560284 Dallas, TX 75356, SantanderConsumerUSA Inc successor in interest to Gateway,One |
| 5228380 | | Wilkes Barre General Hospital, PO Box 637907, Cincinnati, OH 45263-7907 |
| 5228382 | | Wilkes-Barre Clinic Company LLC, Attn # 9627E, PO Box 14000, Belfast, ME 04915-4033 |
| 5228383 | | Wilkes-Barre General Hospita, PO Box 637907, Cincinnati, OH 45263-7907 |
| 5228384 | | Wilkes-Barre General Hospital, 575 N River St, Wilkes Barre, PA 18764-0999 |
| 5228385 | | Wilkes-Barre Imaging LLC, PO Box 827275, Philadelphia, PA 19182-7275 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 26 2026 18:41:00 | NELNET SERVICING LLC, 121 SOUTH 13TH STREET, LINCOLN, NE 68508-1922 |
| cr | + | EDI: PRA.COM | Jan 26 2026 23:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5241766 | | EDI: CAPITALONE.COM | Jan 26 2026 23:36:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5228342 | | EDI: CAPITALONE.COM | Jan 26 2026 23:36:00 | Capital One Bank USA N, PO Box 30281, Salt |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| | | | Lake City, UT 84130-0281 |
| 5253238 | EDI: CITICORP | Jan 26 2026 23:36:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5228344 | Email/Text: bdsupport@creditmanagementcompany.com | Jan 26 2026 18:41:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 5228349 | EDI: CITICORP | Jan 26 2026 23:36:00 | Goodyear Tire/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5228350 | Email/Text: bncnotifications@pheaa.org | Jan 26 2026 18:41:00 | Honesdale National Ban, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5228353 | EDI: IRS.COM | Jan 26 2026 23:36:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5255892 | EDI: JEFFERSONCAP.COM | Jan 26 2026 23:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5228341 | Email/Text: mylawyer@jpplaw.com | Jan 26 2026 18:41:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5228355 | Email/Text: bankruptcy@marinerfinance.com | Jan 26 2026 18:41:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5228356 | ^ MEBN | Jan 26 2026 18:36:33 | MedExpress Billing, PO Box 14000, Belfast, ME 04915-4033 |
| 5228357 | + Email/Text: MDSBankruptcies@meddatsys.com | Jan 26 2026 18:41:00 | Medical Data Systems I, 645 Walnut St, Gadsden, AL 35901-4173 |
| 5228361 | ^ MEBN | Jan 26 2026 18:36:28 | NCB Management Services Inc, 1 Allied Dr, Trevose, PA 19053-6945 |
| 5228360 | ^ MEBN | Jan 26 2026 18:36:27 | NCB Management Services Inc, PO Box 1099, Langhorne, PA 19047-6099 |
| 5242580 | EDI: AGFINANCE.COM | Jan 26 2026 23:36:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 5228362 | EDI: AGFINANCE.COM | Jan 26 2026 23:36:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5228364 | EDI: PENNDEPTREV | Jan 26 2026 23:36:00 | PA Dept of Revenue, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5256031 | EDI: PRA.COM | Jan 26 2026 23:36:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5228365 | Email/Text: pasi_bankruptcy@chs.net | Jan 26 2026 18:41:00 | PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 5249047 | + Email/Text: bankruptcy@marinerfinance.com | Jan 26 2026 18:41:00 | REGENCY FINANCE COMPANY, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 5228372 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 26 2026 18:41:00 | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 5228373 | EDI: SYNC | Jan 26 2026 23:36:00 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5228375 | EDI: SYNC | Jan 26 2026 23:36:00 | Syncb/Park West Galler, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5228374 | EDI: SYNC | Jan 26 2026 23:36:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 5229212 | + EDI: PRA.COM | Jan 26 2026 23:36:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5228376 | EDI: CITICORP | Jan 26 2026 23:36:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5228377 | ^ MEBN | | |

| Recip ID | Bypass/Notice | Date/Time | Name and Address |
|---|---|---|---|
| | | Jan 26 2026 18:36:35 | Transworld Systems, Inc., 300 Cedar Ridge Dr Ste 307, Pittsburgh, PA 15205-1159 |
| 5256109 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jan 26 2026 18:41:00 | | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5444275 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jan 26 2026 18:41:00 | | U.S. Bank National Association, et. al., C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT. 84165-0250, U.S. Bank National Association, et. al., C/O SELECT PORTFOLIO SERVICING 84165-0250 |
| 5228378 | Email/Text: bkrcy@ugi.com Jan 26 2026 18:41:00 | | UGI, PO Box 13009, Reading, PA 19612-3009 |
| 5232933 | Email/Text: bkrcy@ugi.com Jan 26 2026 18:41:00 | | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |
| 5232077 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov Jan 26 2026 18:41:00 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 5228379 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov Jan 26 2026 18:41:00 | | US Dept of Ed/Glelsi, 2401 International Ln, Madison, WI 53704-3121 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Santander Consumer USA, Inc., successor in interes |
| 5444274 | * | U.S. Bank National Association, et. al., C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT. 84165-0250 |
| 5228381 | *+ | Wilkes Barre General Hospital, PO Box 637907, Cincinnati, OH 45263-7907 |
| 5228347 | ## | Gateway One Lending &, 3818 E Coronado St, Anaheim, CA 92807-1620 |
| 5237417 | ##+ | Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808-1225 |
| 5228371 | ##+ | Scranton Neurological Associates PC, 802 Jefferson Ave, Scranton, PA 18510-4000 |

TOTAL: 1 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2021-NR1, Mortgage-Backed Notes, Series 2021-NR1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |

| | |
|---|---|
| | on behalf of Creditor U.S. Bank National Association as indenture trustee, ET AL... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association as indenture trustee, ET AL... bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Lisa Marie Materniak MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Paul Joseph Materniak MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Jordan Matthew Katz | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as indenture trustee for CIM Trust 2025-R1 jkatz@raslg.com |
| Michelle McGowan | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2021-NR1, Mortgage-Backed Notes, Series 2021-NR1 mimcgowan@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Paul Joseph Materniak<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–0303<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Lisa Marie Materniak<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7734<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19-bk-03232-MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Paul Joseph Materniak  
aka Paul J. Materniak, aka Paul Materniak

Lisa Marie Materniak  
aka Lisa M. Materniak, aka Lisa Materniak

**By the court:**

1/26/26

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W         **Chapter 13 Discharge**         page 2