United States Bankruptcy Court

Middle District of Pennsylvania

| In re: | Case No. 19-03232-MJC |
|---|---|
| Paul Joseph Materniak | Chapter 13 |
| Lisa Marie Materniak | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 26, 2026 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

**Recip ID**      **Recipient Name and Address**
db/jdb      \#   Paul Joseph Materniak, Lisa Marie Materniak, 81 S Dawes Ave, Kingston, PA 18704-5709

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association  as indenture trustee, ET AL... bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Lisa Marie Materniak MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Paul Joseph Materniak MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Jordan Matthew Katz | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as indenture trustee for CIM Trust 2025-R1 jkatz@raslg.com |

District/off: 0314-5

Date Rcvd: May 26, 2026

User: AutoDocke

Form ID: fnldec

Page 2 of 2

Total Noticed: 1

Matthew K. Fissel

on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2021-NR1, Mortgage-Backed Notes, Series 2021-NR1 bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Matthew K. Fissel

on behalf of Creditor U.S. Bank National Association  as indenture trustee, ET AL... bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Michelle McGowan

on behalf of Creditor U.S. Bank National Association  as indenture trustee, for the holders of the CIM Trust 2021-NR1, Mortgage-Backed Notes, Series 2021-NR1 mimcgowan@raslg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Paul Joseph Materniak,<br>aka Paul J. Materniak, aka Paul Materniak, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19−bk−03232−MJC |
| Lisa Marie Materniak,<br>aka Lisa M. Materniak, aka Lisa Materniak, | | |
| **Debtor 2** | | |

Social Security No.:

xxx−xx−0303          xxx−xx−7734

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  May 26, 2026

**fnldec** (01/22)